# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jackson, Amy B. | United States District Court for the District of Columbia | 05/16/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States District Court for the District of Columbia
300 Constitution Avenue, N.W.
Washington, D.C. 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Assocation | March 27, 2015 | New York, NY | dinner honoring federal judiciary | overnight lodging, dinner, and travel to and from Washington, DC and New York, NY |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/16/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One | A | Interest | J | T | | | | | |
| 2. TD Bank Savings Account | A | Interest | J | T | | | | | |
| 3. CD Captial One, 13 month - #1 | A | Interest | J | T | | | | | |
| 4. DC College Savings Plan 17+ | | None | K | T | | | | | |
| 5. DC College Savings Plan 17+ | | None | J | T | | | | | |
| 6. State of Israel Bonds | A | Interest | J | T | | | | | |
| 7. Wells Fargo bank account | A | Interest | M | T | | | | | |
| 8. SCHAWB INVESTMENTS: | | | | | | | | | |
| 9. Schwab Money Market Fund | A | Interest | M | T | | | | | |
| 10. ABEMX | A | Dividend | K | T | Buy | 04/09/15 | K | | |
| 11. AEDYX | B | Dividend | L | T | Buy (add'l) | 05/06/15 | J | | |
| 12. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 13. BPIRX | B | Distribution | L | T | Buy (add'l) | 05/29/15 | J | | |
| 14. | | | | | Buy (add'l) | 08/17/15 | K | | |
| 15. | | | | | Buy (add'l) | 12/28/15 | L | | |
| 16. CWGCX | A | Dividend | | | Sold | 04/09/15 | K | D | |
| 17. FNICX | A | Distribution | | | Sold | 04/09/15 | L | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FPCIZ | A | Dividend | K | T | Buy (add'l) | 08/17/15 | K | | |
| 19. | | | | | Sold (part) | 12/28/15 | K | | |
| 20. GLRIX | A | Dividend | K | T | Buy (add'l) | 12/28/15 | K | | |
| 21. HIEMX | A | Dividend | K | T | | | | | |
| 22. ISTIX | B | Distribution | L | T | Buy (add'l) | 04/09/15 | K | | |
| 23. LLDYX | B | Dividend | K | T | Buy (add'l) | 05/06/15 | K | | |
| 24. MDLOX | A | Dividend | | | Sold | 12/28/15 | K | A | |
| 25. MICSX | B | Dividend | L | T | Buy (add'l) | 04/09/15 | K | | |
| 26. MWCIX | A | Dividend | K | T | | | | | |
| 27. ODVIX | A | Dividend | K | T | Buy (add'l) | 07/16/15 | K | | |
| 28. SGIIX | A | Dividend | L | T | Buy (add'l) | 04/09/15 | K | | |
| 29. TEEIZ | B | Dividend | K | T | Buy | 04/09/15 | K | | |
| 30. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 31. | | | | | Sold (part) | 12/28/15 | J | | |
| 32. VDIGX | B | Dividend | M | T | Buy (add'l) | 04/09/15 | K | | |
| 33. | | | | | Buy (add'l) | 09/03/15 | K | | |
| 34. VIG | B | Dividend | | | Sold | 12/28/15 | L | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VO | A | Dividend | J | T | Buy | 09/04/15 | J | | |
| 36. VSCSX | A | Dividend | K | T | | | | | |
| 37. | | | | | | | | | |
| 38. VTI | B | Dividend | M | T | Buy | 04/09/15 | L | | |
| 39. | | | | | Buy (add'l) | 05/27/15 | K | | |
| 40. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 41. | | | | | Buy (add'l) | 08/26/15 | L | | |
| 42. WABIX | A | Dividend | K | T | | | | | |
| 43. WHGIX | A | Dividend | K | T | Buy (add'l) | 12/28/15 | K | | |
| 44. 76116EFPO (previously reported as RFC17A) | | None | K | T | | | | | |
| 45. HLMEX | A | Dividend | K | T | Buy | 08/17/15 | K | | |
| 46. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 47. IEV | | None | J | T | Buy | 12/28/15 | J | | |
| 48. ECGIX | | None | | | Sold | 04/09/15 | K | A | |
| 49. ECHSX | | None | | | Sold | 05/27/15 | J | C | |
| 50. FAVCX | | None | | | Sold | 04/09/15 | J | C | |
| 51. FBTCX | | None | | | Sold | 05/27/15 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. FERCX | | None | | | Sold | 04/09/15 | K | C | |
| 53. HWLAX | | None | | | Sold | 04/09/15 | J | B | |
| 54. LGVAX | | None | | | Sold | 04/09/15 | K | D | |
| 55. MCFGX | | None | | | Sold | 04/09/15 | J | A | |
| 56. MDFGX | | None | | | Sold | 04/09/15 | K | A | |
| 57. MFLDX | | None | | | Sold | 12/28/15 | K | A | |
| 58. OEGCX | | None | | | Sold | 04/09/15 | K | D | |
| 59. YACKX | | None | | | Sold | 08/26/15 | L | D | |
| 60. MERRILL LYNCH INVESTMENT ACCOUNT: | | | | | | | | | |
| 61. ML Bank Dep Prog/IAXX - FIA Card SVS NA RASP MONEY MKT | A | Interest | O | T | | | | | |
| 62. Cecil Cnty MD | A | Interest | K | T | | | | | |
| 63. ABALX | A | Dividend | K | T | | | | | |
| 64. AGTHX | A | Dividend | K | T | | | | | |
| 65. LGVAX | A | Dividend | J | T | Sold (part) | 12/24/15 | M | | |
| 66. ETHSX | | None | J | T | Sold (part) | 05/21/15 | J | | |
| 67. SRVEX | A | Dividend | K | T | Sold (part) | 03/25/15 | K | | |
| 68. MCLOX | A | Dividend | K | T | Sold (part) | 03/25/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 04/16/15 | J | A | |
| 70. MDLOX | C | Dividend | | | Sold (part) | 03/25/15 | K | | |
| 71. | | | | | Sold | 12/24/15 | N | | |
| 72. CVTRX (X) | A | Dividend | | | Sold | 07/16/15 | K | | |
| 73. BRECX | | None | | | Sold | 03/30/15 | J | | |
| 74. FNICX (X) | | None | | | Sold | 05/21/15 | J | | |
| 75. FNMA * (X) | A | Interest | J | T | | | | | |
| 76. Sevier Cnty * (X) | B | Interest | L | T | | | | | |
| 77. BRKB * (X) | | None | K | T | | | | | |
| 78. FBTAX * (X) | | None | K | T | | | | | |
| 79. NQI * (X) | A | Dividend | J | T | | | | | |
| 80. NPM * (X) | A | Dividend | J | T | | | | | |
| 81. SGOVX ** (X) | A | Dividend | L | T | | | | | |
| 82. NSTAX ** (X) | A | Dividend | K | T | | | | | |
| 83. ETGIX ** (X) | | None | K | T | | | | | |
| 84. MERRILL LYNCH INHERITED IRA: | | | | | | | | | |
| 85. ML Bank Deposit - FIA Card | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Goldman Sachs Group | B | Interest | K | T | | | | | |
| 87. ABALX | A | Dividend | L | T | | | | | |
| 88. AGTHX | A | Dividend | M | T | | | | | |
| 89. MDLOX | B | Dividend | K | T | | | | | |
| 90. CVTRX | B | Dividend | K | T | | | | | |
| 91. LGVAX | A | Dividend | K | T | | | | | |
| 92. ETHSX | | None | L | T | | | | | |
| 93. SGOVX | A | Dividend | K | T | Sold (part) | 12/11/15 | J | | |
| 94. SRVEX | A | Dividend | L | T | | | | | |
| 95. FABLX | A | Dividend | K | T | | | | | |
| 96. OEGAX | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/16/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Concerning VII. Investments and Trusts:

Line 2: The Capital One Young Savers Account listed on line 2 of the 2014 FRD was closed and the funds were moved to TB Bank in 2015 and listed on line 2 of this report.

Line 27: ODVIX replaced ODVYX, which was listed on line 17 of the 2014 FRD, as the result of a even dollar exchange to a lower expense share class of the asset that occured in 2015.

Line 44: This asset was transferred from one firm to another in January 2015, and the firm that is managing it now refers to it as 76116EFPO instead of RFC17A.

Lines 75-80: *The assets on these lines were transferred to me from my mother's estate on 10/19/15 as part of the wrapping up of her estate.

Lines 81-83: **The assets on these lines were transferred to me from a family trust on 7/10/15 as part of the wrapping up of my mother's estate.

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/16/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Amy B. Jackson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544